NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

RECEIVED

SEP 05 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| MICHAEL TRENK,<br><br>   Plaintiff,<br><br>v.<br><br>BANK OF AMERICA,<br><br>   Defendant. | Civ. No. 17-3472<br><br>**ORDER** |

THOMPSON, U.S.D.J.

  For the reasons stated in this Court's Opinion on this same day,

  IT IS, on this 28th day of August, 2017,

  ORDERED that Defendant's Motion to Dismiss (ECF No. 7) is GRANTED; and it is further

  ORDERED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE; and it is further

  ORDERED that if Plaintiff wishes to file an Amended Complaint consistent with the directives of the accompanying Opinion, he must do so within twenty-one (21) days of the date of this Order; and it is further

  ORDERED that if Plaintiff timely files an Amended Complaint, Defendant shall respond to the Amended Complaint within twenty-one (21) days of the Complaint being filed on the docket.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.

1